UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED WESTLABS, INC., <br><br>      Plaintiff, <br><br>   vs. <br><br> SEACOAST LABORATORY DATA SYSTEMS, INC. <br><br>      Defendant. | Case No.: CV 08-008649-CJC(RNBx) <br><br> **ORDER GRANTING TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION** |

TO DEFENDANT SEACOAST LABORATORY DATA SYSTEMS, INC. AND ITS ATTORNEYS OF RECORD:

YOU AND EACH OF YOU ARE HEREBY ORDERED TO SHOW CAUSE at 1:30 p.m. on January 23, 2009 in Courtroom 9B, located at 411 W. 4th Street, Santa Ana, CA 92701, why you, your agents, servants, assigns, and all those acting in concert with you, should not be restrained and enjoined pending trial of this action from:

1. Threatening or acting in any manner to access the computers or computer network of Plaintiff United Westlabs, Inc. ("UWL");

2. Causing the transmission of a program, code, or command which as a result causes any damage to UWL's computers or computer network; or

3. Disabling, disturbing, interrupting or terminating UWL's use of the Seacoast Laboratory AR ("SLAR") system in any way or manner.

PENDING HEARING on the above Order to Show Cause, you, your agents, servants, assigns, and all those acting in concert with you, ARE HEREBY RESTRAINED AND ENJOINED from:

1. Allowing the embedded termination sequence from interrupting UWL's use of the SLAR system, and refusing to provide UWL with the information necessary for UWL to disable the termination sequence immediately; and

2. Threatening or acting in any manner to access UWL's computers or computer network, causing the transmission of a program, code or command which as a result causes any damage to UWL's computers or computer network, or disabling, disturbing, interrupting or terminating UWL's use of the SLAR system in any way or manner.

The above Temporary Restraining Order is effective upon UWL posting an undertaking in the sum of $5,000.

1  This Order to Show Cause and Temporary Restraining Order shall be served on
2  Defendant no later than January 15, 2009 by personal service.  The Court sets the
3  following briefing schedule on the Order to Show Cause:

5  1. Opposition papers are to be filed no later than January 20, 2009 and must be
6  served on UWL's counsel via e-mail, fax transmission or personal service; and

8  2. Any reply papers are to be filed no later than January 22, 2009 and must be
9  served on Defendant's counsel via e-mail, fax transmission or personal service.

11  The hearing and briefing schedule may be modified by mutual consent of the
12  parties.

14  DATED: January 14, 2009

  _____
  CORMAC J. CARNEY
  UNITED STATES DISTRICT JUDGE