1  MARVIN BARTEL #107531
   MORGAN R. EVANS #198278
2  BARTEL & EVANS LLP
   4695 MacArthur Court, Suite 310
3  Newport Beach, CA  92660
   Telephone:  (949) 752.3700
4  Facsimile:   (949) 752.3701

5  Attorneys for Plaintiff
   United Westlabs, Inc.
6

7

8              UNITED STATES DISTRICT COURT

9        CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

10

11  UNITED WESTLABS, INC.,            )   Case No. CV 08-08649 CJC
12                                    )   (RNBx)
              Plaintiff,              )
13                                    )
         vs.                          )   Assigned for all Purposes to the
14                                    )   Hon. Cormac J. Carney
    SEACOAST LABORATORY DATA          )
15  SYSTEMS, INC.,                    )
                                      )   ~~(PROPOSED)~~ **PRELIMINARY**
16            Defendant.              )   **INJUNCTION**
                                      )
17                                    )
18
19
20
21

22
23
24
25
26
27
28

-1-
(PROPOSED) PRELIMINARY INJUNCTION

1    Pending the entry of judgment at trial in this matter, the Court orders as
2    follows:
3       1.   Seacoast Laboratory Data Systems, Inc., its agents, employees,
4    servants, assigns, and all those acting in concert with it, ARE HEREBY
5    RESTRAINED AND ENJOINED from:
6          (A)  Causing the transmission of a program, code, or command
7       which as a result causes any damage to the computers or computer
8       network of Plaintiff United Westlabs, Inc. ("UWL"); or
9          (B)   Disabling, disturbing, interrupting or terminating UWL's use
10      of the Seacoast Laboratory AR ("SLAR") system in any way or manner.
11      2.   Until the commencement of trial, Seacoast, through one of its
12   employees, can appear no more than once during each calendar quarter at the
13   Santa Ana office of UWL to access the SLAR system at UWL for the sole
14   purpose of checking on UWL's compliance with its license.  The inspection will
15   be conducted upon five (5) business-days notice by Seacoast to UWL and will
16   be conducted during regular business hours, between 8 a.m. to 5 p.m. PST.  The
17   inspection will be conducted in the presence of counsels for the parties.  Each of
18   the parties, however, may waive this condition for any inspection.
19      3.   Until the entry of judgment at trial, both Seacoast and UWL will
20   comply with the confidentiality provisions set forth in Sections 9 and 10 of the
21   October 10, 2005 Agreement.
22      4.   The undertaking previously ordered by the Court and posted by
23   UWL shall remain in place.
24   IT IS SO ORDERED.
25   DATED: February 02, 2009       _____
26                                   UNITED STATES DISTRICT COURT
27                                   JUDGE
28

- 3 -

| | | |
|---|---|---|
| 1 | Submitted By: | |
| 2 | Dated: _____, 2009 | BARTEL & EVANS LLP |
| 3 | | |
| 4 | | By: _____ |
| 5 | | Marvin Bartel<br>Attorneys for Plaintiff UNITED WESTLABS, INC. |
| 6 | | |
| 7 | Dated: _____, 2009 | LEADER GORHAM LLP |
| 8 | | |
| 9 | | By: _____ |
| 10 | | Gary J. Gorham<br>Attorneys for Defendant SEACOAST LABORATORY DATA SYSTEMS, INC. |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

- 3 -

(PROPOSED) PRELIMINARY INJUNCTION